DIMOCK & FINK CO., Appellant, v. MILDRED L. HOBLIN and Others, Respond-

ents. RAYMOND G. FROWD, Defendant.— Order granting motion of defendants Mildred L. Hoblin and John Featherstone, Inc., for joinder of a new party defendant affirmed, with ten dollars costs and disbursements; complaint to be served within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.